MEMO ENDORSED

# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

WRITER'S DIRECT CONTACT:
(212) 277-5892
kszczepanski@blhny.com

REF:

WRITER'S DIRECT DIAL:

December 4, 2019

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Dear Judge Karas:

Our firm represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. We write, pursuant to 1C of Your Honor's Individual Rules and Practices, and jointly with counsel for defendants, to request an adjournment of the December 10, 2019 pre-motion conference. We are making this request because plaintiff's counsel is not available on December 10. This is the parties' first request to adjourn this conference. The parties propose rescheduling the conference on January 10, January 14, or a date that is more convenient for the Court.

We thank Your Honor for Your continued attention in this matter.

Respectfully Submitted,
/s/
Keith Szczepanski

cc: All Counsel of Record (via ECF)

*Granted. The conference is adjourned to 1/21/20, at 12:00.*

*So ordered.*
*12/4/19*