UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NANCY LARA-GRIMALDI, Individually and as Administratrix of the Estate of ALEXANDRA GRIMALDI, Deceased,

                                Plaintiff,

- against -

COUNTY OF PUTNAM, et al.,

                                Defendants.

17-CV-622 (KMK)

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Plaintiff Nancy Lara-Grimaldi, Administratrix of the Estate of Alexandra Grimaldi, Deceased, will move this Court, at the Federal Building and United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, before the Honorable Kenneth M. Karas, at a time and date to be determined by the Court for an Order and Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b).

Dated: May 17, 2021
       New York, New York

                                              Respectfully submitted,
                                              BELDOCK LEVINE & HOFFMAN LLP

By: _____
     David B. Rankin
     Regina Powers
     99 Park Avenue, 26th Fl./PH
     New York, NY 10017
     212-277-5895

*Attorneys for Plaintiff Nancy Lara-Grimaldi, Individually and as Administratrix of the Estate of Alexandra Grimaldi, Deceased*