**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY LARA-GRIMALDI, individually and
as Administratrix of the Estate of Alexandra
Grimaldi,

                Plaintiff,

    -against-                                  17 **CIVIL** 622 (KMK)

                                                              **JUDGMENT**

COUNTY OF PUTNAM, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 6, 2022, Defendant's Motion for Summary Judgment is granted. Plaintiff's federal claims are dismissed, and the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; accordingly, the case is closed.

**Dated:** New York, New York

        December 7, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                              **BY:**          *K. Mango*

                                                       _____
                                                        **Deputy Clerk**