# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

September 5, 2025

WRITER'S DIRECT CONTACT:
212-277-5825
drankin@blhny.com

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Your Honor:

Our office represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. We submit this joint letter on behalf of the Plaintiff, Counsel for County Defendants, and Counsel for Defendant Nigro.

On March 27, 2025, the Second Circuit filed a decision remanding this action to Your Honor for further proceedings with respect to Plaintiff's 42 U.S.C. § 1983 deliberate indifference claim against Defendant Nigro and Plaintiff's state-law claims against Defendants Nigro, Jackson, Napolitano, and the County of Putnam, pursuant to supplemental jurisdiction. *See Lara-Grimaldi v. Cty. of Putnam et al.,* 132 F.4th 614 (2d Cir. 2025).

We write to report that the parties have been earnestly negotiating in good faith since that time and are narrowing in on a settlement. We write to provide this update. We do not require assistance from the court, should this change, we will promptly make the appropriate request.

We thank Your Honor for Your attention in this matter.

Respectfully submitted,

David B. Rankin

*The Court thanks the Parties for this update and asks that they provide another update by 9/26/25.*

So Ordered.
9/5/25