# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26ᵀᴴ FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:

**212-277-5825**
**drankin@blhny.com**

September 26, 2025

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Your Honor:

Our office represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. I write to update the Court regarding the progress in reaching a resolution to this matter as directed by Dkt. No. 179.

Shortly after Your Honor's endorsement of the last update, my father took ill and ultimately succumbed to that illness. As such, the progress has been minimal but not absent. We are tracking down what we understand to be the final lien and are in communication to ensure we know exactly what a payoff amount would be.

Respectfully submitted,

David B. Rankin

BELDOCK LEVINE & HOFFMAN LLP

Honorable Kenneth M. Karas
July 24, 2025
Page 2

The Court thanks counsel for this status update and
asks for another one by 10/31/25. Also, condolences
to Mr. Rankin and his family.

So Ordered.

9/26/25