# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
212-277-5825
drankin@blhny.com

October 31, 2025

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Your Honor:

Our office represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. I write to update the Court regarding the progress in reaching a resolution to this matter as directed by Dkt. No. 181.

Since our last update, we have received more information on what we understand to be the final lien and are working to finalize any payoff amount. The parties are continuing to discuss settlement but require more time to confirm our understanding of all liens, and any potential to reduce the aforementioned liens. Understandably, our client wants to have a solid sense of what a settlement would actual mean to her before she agrees to it.

The parties respectfully request 30 more days to complete this process, or provide an additional update.

We thank Your Honor for Your attention in this matter.

Granted.
So Ordered.
/s/ KMK
10/31/25

Respectfully submitted,

David B. Rankin

Case 7:17-cv-00622-KMK    Document 183    Filed 10/31/25    Page 2 of 2

BELDOCK LEVINE & HOFFMAN LLP

Honorable Kenneth M. Karas
July 24, 2025
Page 2