## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

December 1, 2025

REF:

WRITER'S DIRECT CONTACT:
**212-277-5825**
**drankin@blhny.com**

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Your Honor:

Our office represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. I write to update the Court regarding the progress in reaching a resolution to this matter as directed by Dkt. No. 183.

Since our last update, we have finalized the payoff amount for one of the liens. This past week, we also confirmed that no steps can be taken with respect to further payoff reduction for the other lien until after settlement. Accordingly, counsel for Plaintiffs now have the necessary understanding of all known liens to move forward with a settlement, and the parties can now continue with their settlement discussions.

We respectfully request 30 more days to finalize a settlement agreement, or to provide an update to the Court.

We thank Your Honor for Your attention in this matter.

So Ordered.
/s/ KMK
12/3/25

Respectfully submitted,

David B. Rankin