# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

December 31, 2025

REF:

WRITER'S DIRECT CONTACT:
212-277-5825
drankin@blhny.com

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Lara-Grimaldi v. County of Putnam, et al.*, 17-cv-622-KMK

Your Honor:

Our office represents plaintiff Nancy Lara-Grimaldi in the above-referenced matter. I write to update the Court regarding the progress in reaching a resolution to this matter as directed by Dkt. No. 185.

Since our last update, we have received additional information confirming that the second and final lien cannot be reduced at this time. Since receiving this confirmation, the parties have not been able to engage in significant discussions given the holidays and other case deadlines. However, Plaintiff is now fully equipped with an understanding of all liens such that we can continue to move forward with serious settlement discussions in the new year.

We respectfully request 30 more days to finalize a settlement, or to provide an update to the Court.

We thank Your Honor for Your attention in this matter.

So Ordered.
/s/ KMK
12/31/25

Respectfully submitted,

David B. Rankin